2009-10843
FILED
August 14, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002004913

**4**

1  MARK L. POPE  #182769
Assistant United States Trustee
2  GREGORY S. POWELL #182199
United States Department of Justice
3  Office of the United States Trustee
2500 Tulare Street, Suite 1401
4  Fresno, California 93721
Telephone: (559) 487-5002
5  Telecopier: (559) 487-5030

6
Attorneys for Sara L. Kistler,
7  Acting United States Trustee

8                  UNITED STATES BANKRUPTCY COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11  In re:                          )   Case No. 09-10843-B-13
                                    )   Chapter 13
12  CELSO VELAZQUEZ,                )   DC No. UST-1
                                    )
13                                  )
                                    )   Date: July 30, 2009
14                      Debtor.     )   Time: 1:30 p.m.
                                    )   Place: U.S. Bankruptcy Court
15                                  )   Courtroom 12, Fifth Floor
                                    )   2500 Tulare Street
16                                  )   Fresno, California
                                    )   Judge:  W. Richard Lee
17  _____)

          **FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING**
18            **UNITED STATES TRUSTEE'S MOTION FOR**
            **REVIEW OF FEES PURSUANT TO 11 U.S.C.  § 329**
19

20        On July 30, 2009, the Court considered the United States Trustee's Motion for Review

21  of Fees Pursuant to 11 U.S.C. § 329.   The Debtor, Celso Velazquez, appeared in *propria*

22  *persona*.  Mark L. Pope, Esq. appeared for the United States Trustee.  Having reviewed the

23  pleadings and considered the arguments of the parties, the Court now issues the following

24  findings of fact and conclusions of law.

25                          **Findings of Fact**

26        1.  On February 2, 2009, the Debtor filed Case No. 09-10843-B-13 styled *In re Celso*

27  *Velazquez* in the Fresno Division of the Eastern District of California, with Steven E. Smith

28  ("Smith") as his attorney.

RECEIVED
August 05, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002004913

2.  With the Petition, a Statement Pursuant to Bankruptcy Rule 2016(b) was filed indicating that the Debtor paid Smith $2,000 and agreed to pay Smith an additional $2,500.   .

3.   The meeting of creditors under 11 U.S.C. § 341(a) was scheduled for March 10, 2009.  The Debtor appeared but Smith did not and the meeting was continued to March 24, 2009.

4.  On February 19, 2009, the Court entered its Order to Show Cause for the Debtor's failure to file schedules which was set for hearing on March 12, 2009.

5.  Smith did not appear at the March 12, 2009 hearing.

6.  On April 10, 2009 the Court entered its Order dismissing this case but reserving jurisdiction over any matters arising under 11 U.S.C. § 329.

7.  When the Debtor traveled to the Fresno Federal Court to appear at his continued meeting of creditors on March 24, 2009, again Smith did not appear.

8.  Contrary to Smith 2016 statement, the Debtor paid a total of $3,200 to Infinity Financial Group on behalf of Smith.

### Conclusions of Law

9.  The Acting United States is charged with the duty to supervise the administration of cases under Title 11 of the United States Code by, reviewing attorney conduct and compensation under section 330 of title 11; and when the Acting United States Trustee considers it be appropriate, by filing with the bankruptcy court comments with respect to such compensation.  28 U.S.C. § 586(a)(3).  In furtherance of that duty, the Acting United States Trustee is granted standing to raise and be heard on any issue in any bankruptcy case or proceeding pursuant to 11 U.S.C. § 307.

10.  The Motion requests that fees paid to Steven E. Smith, bankruptcy counsel for the Debtor Celso Velazquez ("the Debtor") be reviewed and  ordered disgorged pursuant to 11 U.S.C. § 329(b) and Rule 2017 of the Federal Rules of Bankruptcy Procedures.

11.  Smith's fees are excessive for the services rendered and should be disgorged.

Section 329(b) of the Bankruptcy Code provides that the court may order the return of any payment of compensation received by an attorney representing a debtor in a bankruptcy case, if such compensation exceeds the reasonable value of the legal services performed, to the extent excessive.  Rule 2017(a), Fed. R. Bankr. P., further provides that on motion by any party in interest or on the court's own initiative, after notice and a hearing, the court may determine whether any payment of money or any transfer of property made by a debtor in contemplation of the filing of a bankruptcy petition to an attorney, for services rendered or to be rendered, is excessive.

12.  The initial burden under section 329(b) is upon the attorney to justify the compensation charged in connection with a bankruptcy case.  *In re Jastrem*, 253 F.3d 438, 443 (9th Cir. 2001); *In re Mahendra*, 131 F3d 750, 757 (8th Cir. 1997);  *In re Basham*, 208 B.R. 926, 931-932 (B.A.P. 9th Cir. 1997); *In re Xebec*, 147 B.R. 518, 524 (B.A.P. 9th Cir. 1992). The court has broad discretion under section 329(b) to disallow and require disgorgement of attorney compensation found to be excessive. *In re Clark*, 223 F3d 859, 863 (8th Cir. 2000).

13.  Smith failed to file the Debtor's Schedules, failed to appear at the Debtor's 341 meeting, failed to appear this Court's March 12, 2009 OSC hearing, failed to return the Debtor's phone calls and keep the Debtor informed on the status of his case, and failed to file a new chapter 7 case on the Debtor's behalf, despite having told the Debtor he had done so.

//

//

//

//

//

//

//

1

**Conclusion**

2

For the foregoing reasons, the Court concludes the following relief should be granted:

3

1.  Steven E. Smith shall disgorge his fee of $3,200 to Celsco Velazques and

4

provide proof thereof to the United States Trustee within 30 days from the date of this Order.

5

A separate order shall be entered.

6

7

8

9

10

11

12

13

14

Dated:   August 14, 2009

15

16

_____

17

W. Richard Lee
United States Bankruptcy Judge

18

19

20

21

22

23

24

25

26

27

28